July 10, 1964

Budzynski *v.* Clark, Appellant.

Argued June 12, 1964. *John J. Connors, Jr.,* for appellant; *James J. Orlow,* with him *Leonard B. Gordon,* for appellee.

Order affirmed.

Commonwealth ex rel. Austin, Appellant, *v.* Myers.

 Submitted June 8, 1964. *Leroy Austin,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.